OFFICE OF DISCIPLINARY COUNSEL *v.* SCHUMANN.

[Cite as *Disciplinary Counsel v. Schumann* (1994), 71 Ohio St.3d 101.]

(No. 94–1813—Submitted October 24, 1994—Decided December 7, 1994.)

102

*Geoffrey Stern,* Disciplinary Counsel, and *Harald F. Craig III,* Assistant Disciplinary Counsel, for relator.

*William M. Schumann, pro se.*

*Per Curiam.* Having thoroughly reviewed the record, we agree with the board's findings of misconduct and its recommendation. Accordingly, respondent is hereby publicly reprimanded. Costs taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.